FILED
11/13/2020
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**GLENN R. DABEK,**<br><br>Defendant. | **VIOLATION:**<br>**9712134**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation 9712134 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation 9712134.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 10, 2020, is VACATED.

DATED this  13  day of November, 2020.

John Johnston
United States Magistrate Judge